```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
S.B. et al.,                                                  :
                                        Plaintiffs,           :
                                                              :   21 Civ. 9139 (LGS)
                -against-                                     :
                                                              :   ORDER
NEW YORK CITY DEPARTMENT OF                                   :
EDUCATION,                                                    :
                                        Defendant.            :
                                                              X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed the Complaint on November 8, 2021, seeking, among other things, review and reversal of the New York State Review Officer's ("SRO") decision on August 5, 2021.

WHEREAS, it is not clear if the parties intend to engage in any discovery in this action. It is hereby

**ORDERED** that by **December 8, 2021**, the parties shall file a joint letter stating whether discovery is necessary, including the nature of any anticipated discovery. If no discovery is needed, the parties shall advise whether the next step is cross motions for summary judgment on the propriety of the SRO's decision.

Dated: December 1, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE