```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
S.B. ET AL.,                                                  :
                                  Plaintiff,                  :
                                                              :       21 Civ. 9139 (LGS)
              -against-                                       :
                                                              :             ORDER
NEW YORK CITY DEPARTMENT OF                                   :
EDUCATION,                                                    :
                                  Defendant.                  :
                                                              X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated December 1, 2021, (Dkt. No. 11), directed the parties to file a joint letter by December 8, 2021, stating whether discovery is necessary, including the nature of any anticipated discovery.

WHEREAS, the parties have not submitted a joint letter. It is hereby

**ORDERED** that by **December 10, 2021**, the parties shall submit a joint letter.

Dated: December 9, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**