UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S.B.,
                                    Plaintiff,

             -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                                 Defendant.
------------------------------------------------------------X

21 Civ. 9139 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated December 13, 2021, (Dkt. No. 14), directed Plaintiff to file a letter describing the claims that the Impartial Hearing Officer and State Review Officer declined to hear, their relationship to the claims that were heard, why the Impartial Hearing Officer and State Review Officer declined to exercise jurisdiction over those claims and what discovery is necessary to resolve those claims.

WHEREAS, Plaintiff has not filed any letter. It is hereby

**ORDERED** that by **December 22, 2021**, Plaintiff shall file such letter.

Dated: December 20, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE