UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S.B. et al.,
                            Plaintiffs,

             -against-                          21 Civ. 9139 (LGS)

                                              ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, by Order dated February 11, 2022, Plaintiffs were directed to file their reply and opposition to Defendant's cross-motion for summary judgment by March 14, 2022.

       WHEREAS, Plaintiffs have not filed any reply and opposition. It is hereby

       **ORDERED** that by **March 16, 2022**, Plaintiffs shall file a reply and opposition to Defendant's cross-motion for summary judgment.

Dated: March 15, 2022
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE