UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
S.B., et al.,

                Plaintiff,

-against-                                            21 **CIVIL** 9139 (LGS)

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,                                   **JUDGMENT**

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 1, 2022, Plaintiffs' motion for summary judgment motion is denied and Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

      September 2, 2022

                                                                   **RUBY J. KRAJICK**

                                                                          **Clerk of Court**

                                          **BY:**      *K. Mango*

                                                                          **Deputy Clerk**